UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

JAY BARRINGER,

        Petitioner,

v.                              Case No. 3:14-cv-1059-J-34JRK

SECRETARY, FLORIDA DEPARTMENT
OF CORRECTIONS, et al,[1]

        Respondents.

_____

## ORDER OF TRANSFER

It appears from the record that the judgment of conviction against which relief is sought was entered by the Circuit Court, in and for **Pasco County**, Florida. Therefore, pursuant to Local Rule 1.02(c) and 28 U.S.C. § 2241(d), this case is transferred to the **Tampa** Division of this Court for all further proceedings, and the Clerk shall immediately forward the file to that division.

**DONE AND ORDERED** at Jacksonville, Florida, this 8th day of September, 2014.

MARCIA MORALES HOWARD
United States District Judge

sc 9/8
c: Jay Barringer

_____

[1] The Secretary of the Florida Department of Corrections is the proper Respondent having custody of Petitioner.